[No. 3695.]

HOSMER ET AL. v. WILSON.

Judgment affirmed on the authority of *Nesbit v. Cristler, ante,* 314.

*Appeal from Washington District Court.* HON. H. P. BURKE, Judge.

Mr. R. H. GILMORE and Mr. F. L. FERRIS, for appellants.

Mr. CHALKLEY A. WILSON and Mr. ASHER B. WILSON, for appellee.

Opinion *per curiam.*

This case involves substantially the same questions of law and fact as those presented in *Nisbet v. Cristler,* No. 3693, decided at this term of the court. Upon the authority of that case the judgment herein is affirmed.

*Judgment Affirmed.*

Judgment affirmed on the authority of *Nesbit v. Cristler, ante,* 314.

Mr. CHALKLEY A. WILSON and Mr. ASHER B. WILSON, for appellee.